UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ernest L. Higgins,                                                    Civil No. 06-1124 (RHK/RLE)

                Petitioner,

         vs.                                                   **ORDER**

Warden R.L. Morrison,

                Respondent.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. The Report and Recommendation (Doc. No. 12) is **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED AS MOOT**; and

3. Respondents' Motion to Dismiss Petitioner's Habeas Petition Pursuant to Title 28 U.S.C. § 2241 as Moot (Doc. No. 8) is **GRANTED**.

Dated: January  30 , 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge